UNITED STATES of America,
Plaintiff–Appellee,

v.

Anita YATES, Anton F. Pusztai,
Defendants–Appellants.

No. 02–13654.

United States Court of Appeals,
Eleventh Circuit.

March 30, 2005.

Richard F. Matthews, Jr., Ronald W. Wise, The Law Office of Ronald W. Wise, Timothy C. Halstrom (Court–Appointed), Montgomery, AL, for Defendants–Appellants.

Michael A. Rotker, U.S. Dept. of Justice, Crim. Div., Linda I. Marks, U.S. Dept. of Justice, Office of Consumer Lit., Washington, DC, Tommie Brown Hardwick, Montgomery, AL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges*.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.